446 A.2d 602

**The R. G. JOHNSON COMPANY, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued May 18, 1982.

Decided June 17, 1982.

Elliot A. Strokoff, Harrisburg, for appellant.

Paul S. Roeder, Jr., Deputy Atty. Gen., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Order affirmed.